RECEIVED

MAR - 6 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM KINSEY #53547-004 | DOCKET NO. 13-CV-572; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, Jr. |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 be **DENIED and DISMISSED** with prejudice.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 6th day of March, 2014.

JAMES T. TRIMBLE, Jr.
UNITED STATES DISTRICT COURT